FILED

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

District of

Ocala Division

2023 MAY 10 AM 10: 51

Case No. __5:23-cv-298-CEM-PRL__
(to be filled in by the Clerk's Office)

ABRAHAM A. AUGUSTIN
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

FCC-COLEMAN MEDIUM WARDEN, ET AL.
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Abraham Asley Augustin |
| All other names by which you have been known: | |
| ID Number | 42542-074 |
| Current Institution | FCC Coleman Medium |
| Address | |

| Coleman | FL | 33521 |
|---|---|---|
| City | State | Zip Code |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | L. Londono |
| Job or Title *(if known)* | CSO |
| Shield Number | |
| Employer | FBOP |
| Address | FCC Coleman Medium |

| Coleman | FL | 33521 |
|---|---|---|
| City | State | Zip Code |

[X] Individual capacity    [X] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | J. Robins |
| Job or Title *(if known)* | CSCC |
| Shield Number | |
| Employer | FBOP |
| Address | FCC Coleman Medium |

| Coleman | FL | 33521 |
|---|---|---|
| City | State | Zip Code |

[X] Individual capacity    [X] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

### Defendant No. 3

| | |
|---|---|
| Name | S. Salem |
| Job or Title *(if known)* | Warden |
| Shield Number | |
| Employer | FBOP |
| Address | FCC Coleman Medium |
| | Coleman     FL     33521 |
| | *City     State     Zip Code* |

[X] Individual capacity     [X] Official capacity

### Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | |
| | *City     State     Zip Code* |

[ ] Individual capacity     [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   [X] Federal officials (a *Bivens* claim)

   [ ] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

First Amendment and Fifth Amendment

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

My medical file from the Veterans Affairs ("VA") was rejected twice without protocol for such rejection. A grievance was filed on the L. Londono after the first incident, to which she recommended that the VA resend the medical file and accommodations would be made. This response was appealed to her superior, J. Robins, and S. Salem, the warden. Once the medical file was resent, L London rejected it again without following policy.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [x] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

The events all occurred at Coleman Medium between 2021 and 2022.

C. What date and approximate time did the events giving rise to your claim(s) occur?

June 25, 2021 and December 2, 2023

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On June 25, 2021, the VA sent me my medical records. I had been waiting 3 years for this document. The Coleman-Medium mail room rejected and returned it the next day in direct contravention of the program statement and constitutional right. After filing a grievance, the mail room responded that the CD/medical file be resent and accommodations would be made. Consequently, I complied, contacted the VA to have it resend the CD. A year later when the VA finally resent the CD, on December 5, 2022, the mail room rejected it again.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am asking for $10,000 as I've suffered numerous injuries as a result of the constitutional violations and tampering with my mail. First, I have a compassionate release pending in the Eastern District of Tennessee at Chattanooga that my military records are instrumental in. I haven't been able to intr duce it to support my claim, thereby delaying my release from prison. Secondly, I also have a pending disability claim in the VA that this medical record is material to as they help identify factors essential in the claim. I haven't been able to properly review my medical records to make this accurate assessment, thereby delaying relief. In connection with the first illegal rejection of the records in 2021, I've had to leave work for hours on multiple days to call the VA, talk to numerous personnel to have the records resent. FBOP B3 Counselor Ancell can verify the number of days and failed attempts we encountered in calling the VA. Added to this should be punitive damages and any other relief deemed necessary to prevent these violations in the future.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[X] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Coleman-Medium

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[X] Yes

[ ] No

[ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[X] Yes

[ ] No

[ ] Do not know

If yes, which claim(s)?

The constitutional violations in returning my medical records without any protocol to file an appeal, the warden's signature was missing from the rejection notice, and the medical file was not kept until the conclusion of the appeal process.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[X] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[ ] Yes

[ ] No

E. If you did file a grievance:

1. Where did you file the grievance?

To my unit team, warden, regional, and central office

2. What did you claim in your grievance?

The mail room violated the 3 identified program statement policy in rejecting my medical records from the VA.

3. What was the result, if any?

Both times the response provided in the grievance response ignored them.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

The appeal process practically stopped at the BP-9 level. The BP-10 was mailed and received (a copy of the return receipt signature card is attached in Exhibit G) but it was never logged in. After the expiration of time to file a response, I filed a BP-11 to central office, but it ignored the correct grievance number and wrote the wrong grievance number to then find the BP-11 untimely. The BP-11 was timely as it was filed within 30 days of the expiration of the time the BP-10 response (that was received but never logged in) was due.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    F.    If you did not file a grievance:

        1.    If there are any reasons why you did not file a grievance, state them here:

        2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

The exhaustion of remedy is attached as exhibit B to G to the memorandum of law in support attached to this application.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/3/2023

Signature of Plaintiff: *Abraham Augustin*
Printed Name of Plaintiff: Abraham A. Augustin
Prison Identification #: 42542-074
Prison Address: P.O. Box 1032 Federal Correctional Complex- Medium
Coleman, FL 33521

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
       City        State        Zip Code
Telephone Number: _____
E-mail Address: _____

INSTRUCTIONS FOR PRISONERS FILING COMPLAINTS— Page **4** of **4**

Cases to be filed in the:

**Tampa** Division should be mailed to:

CLERK'S OFFICE, UNITED STATES DISTRICT COURT, SAM M. GIBBONS US COURTHOUSE
801 N. FLORIDA AVENUE, ROOM 218
TAMPA, FLORIDA 33602-3800

**Ft. Myers** Division should be mailed to:

CLERK'S OFFICE, UNITED STATES DISTRICT COURT, US COURTHOUSE & FEDERAL BUILDING
2110 FIRST STREET, ROOM 2-194
FORT MYERS, FLORIDA 33901-3083

**Orlando** Division should be mailed to:

CLERK'S OFFICE, UNITED STATES DISTRICT COURT
401 W. CENTRAL BOULEVARD, SUITE 1200
ORLANDO, FLORIDA 32801-0120

**Jacksonville** Division should be mailed to:

CLERK'S OFFICE, UNITED STATES DISTRICT COURT, US COURTHOUSE
300 NORTH HOGAN STREET, SUITE 9-150
JACKSONVILLE, FLORIDA 32202-4271

**Ocala** Division should be mailed to:

CLERK'S OFFICE, UNITED STATES DISTRICT COURT, GOLDEN-COLLUM MEMORIAL FEDERAL BUILDING AND U.S. COURTHOUSE
207 N.W. SECOND STREET, ROOM 337
OCALA, FLORIDA 34475-6666.