UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ABRAHAM A AUGUSTIN,

    Plaintiff,

v.    Case No. 5:23-cv-298-CEM-PRL

L LONDONO, J ROBINS, and S. SALEM,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review. The Court issued an Order to Show Cause (Doc. 7) requiring Plaintiff to respond on or before May 30, 2023. Plaintiff failed to respond.

Accordingly, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**.

**DONE** and **ORDERED** in Orlando, Florida on June 26, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party